UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12459-PBS

AT&T WIRELESS PCS, LLC, d/b/a AT&T WIRELESS, )
and TOWER RESOURCE MANAGEMENT, INC. )
)
Plaintiffs, )
v. )
)
TOWN OF ACUSHNET, MASSACHUSETTS, )
ZONING BOARD OF APPEALS OF THE TOWN OF )
ACUSHNET and LAWRENCE G. MARSHALL, )
RONALD MATTON, RICK LALLY, PAUL HIPOLITO, )
PAUL TRAHAN, as they are Members and )
Associate Members of the Board, )
Defendants.. )

## AFFIDAVIT OF SERVICE

I, Curtis A. Connors, state on oath as follows:

1. I am an associate with the law firm of Anderson & Kreiger, LLP, counsel for the co-plaintiff AT&T Wireless PCS, LLC, d/b/a AT&T Wireless in this. I have personal knowledge of the matters stated in this affidavit.

2. I have caused notice to be served upon each of the defendants in the manner prescribed by Fed. R. Civ. P. 4, M.G.L. c. 40A, § 17 and Mass. R. Civ. P. 4(d)(4) and (5).

3. On December 16, 2003, I caused notice to be served on each of the named defendants by mailing a copy of the Summons, Notice of Lawsuit and Request for Waiver of Service of Summons, and a copy of the Complaint by certified mail, return receipt requested, to the following addresses:

CERTIFIED MAIL - R.R.R.
NO. 7003 1010 0004 6500 1857
Town of Acushnet
Municipal Building
122 Main Street,
Acushnet, MA 02743

CERTIFIED MAIL - R.R.R.
NO. 7003 1010 0004 6500 1826
Board of Appeals
Municipal Building
122 Main Street,
Acushnet, MA 02743

CERTIFIED MAIL - R.R.R.
NO. 7003 1010 0004 6500 1833
Mr. Lawrence G. Marshall
c/o Board of Appeals
Municipal Building
122 Main Street,
Acushnet, MA 02743

CERTIFIED MAIL - R.R.R.
NO. 7003 1010 0004 6500 1840
Mr. Ronald Matton
c/o Board of Appeals
Municipal Building
122 Main Street,
Acushnet, MA 02743

CERTIFIED MAIL - R.R.R.
NO. 7003 1010 0004 6500 1932
Mr. Rick Lally
c/o Board of Appeals
Municipal Building
122 Main Street,
Acushnet, MA 02743

CERTIFIED MAIL - R.R.R.
NO. 7003 1010 0004 6500 1949
Mr. Paul Hipolito
c/o Board of Appeals
Municipal Building
122 Main Street,
Acushnet, MA 02743

CERTIFIED MAIL - R.R.R.
NO. 7003 1010 0004 6500 1956
Mr. Paul Trahan
c/o Board of Appeals
Municipal Building
122 Main Street,
Acushnet, MA 02743

4. The receipts for certified mail are attached as Exhibit A.

5. Proof of receipt cards have been received from all of the defendants with the exception of Lawrence G. Marshall and are attached as Exhibit B. A Supplemental Affidavit of Service will be filed when the remaining receipt card is received.

6. The original Summonses are attached as Exhibit C.

7. Executed Waivers of Service of Summons have not yet been received from any of the defendants. A Supplemental Affidavit of Service will be filed when they are received. Copies of the Notices of Lawsuit and Request for Waiver of Service of Summons sent to the defendants are attached as Exhibit D.

Signed under the penalties of perjury on this 23rd day of December, 2003.

Curtis A. Connors, BBO #630288
ANDERSON & KREIGER LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575

att\acushnettrm\p\AffofServ-FED.wpd