UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12459-PBS

AT&T WIRELESS PCS, LLC, d/b/a AT&T WIRELESS, )
and TOWER RESOURCE MANAGEMENT, INC. )
)
Plaintiffs, )
v. )
)
TOWN OF ACUSHNET, MASSACHUSETTS, )
ZONING BOARD OF APPEALS OF THE TOWN OF )
ACUSHNET and LAWRENCE G. MARSHALL, )
RONALD MATTON, RICK LALLY, PAUL HIPOLITO, )
PAUL TRAHAN, as they are Members and )
Associate Members of the Board, )
Defendants.. )

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Curtis A. Connors, state on oath as follows:

1. I am an associate with the law firm of Anderson & Kreiger, LLP, counsel for the co-plaintiff AT&T Wireless PCS, LLC, d/b/a AT&T Wireless in this. I have personal knowledge of the matters stated in this affidavit.

2. I have caused notice to be served upon each of the defendants in the manner prescribed by Fed. R. Civ. P. 4, M.G.L. c. 40A, § 17 and Mass. R. Civ. P. 4(d)(4) and (5).

3. On December 16, 2003, I caused notice to be served on each of the named defendants by mailing a copy of the Summons, Notice of Lawsuit and Request for Waiver of Service of Summons, and a copy of the Complaint by certified mail, return receipt requested, to the following addresses:

| | | |
|---|---|---|
| CERTIFIED MAIL - R.R.R.<br>NO. 7003 1010 0004 6500 1857<br>Town of Acushnet<br>Municipal Building<br>122 Main Street,<br>Acushnet, MA 02743 | CERTIFIED MAIL - R.R.R.<br>NO. 7003 1010 0004 6500 1826<br>Board of Appeals<br>Municipal Building<br>122 Main Street,<br>Acushnet, MA 02743 | CERTIFIED MAIL - R.R.R.<br>NO. 7003 1010 0004 6500 1833<br>Mr. Lawrence G. Marshall<br>c/o Board of Appeals<br>Municipal Building<br>122 Main Street,<br>Acushnet, MA 02743 |
| CERTIFIED MAIL - R.R.R.<br>NO. 7003 1010 0004 6500 1840<br>Mr. Ronald Matton<br>c/o Board of Appeals<br>Municipal Building<br>122 Main Street,<br>Acushnet, MA 02743 | CERTIFIED MAIL - R.R.R.<br>NO. 7003 1010 0004 6500 1932<br>Mr. Rick Lally<br>c/o Board of Appeals<br>Municipal Building<br>122 Main Street,<br>Acushnet, MA 02743 | CERTIFIED MAIL - R.R.R.<br>NO. 7003 1010 0004 6500 1949<br>Mr. Paul Hipolito<br>c/o Board of Appeals<br>Municipal Building<br>122 Main Street,<br>Acushnet, MA 02743 |
| CERTIFIED MAIL - R.R.R.<br>NO. 7003 1010 0004 6500 1956<br>Mr. Paul Trahan<br>c/o Board of Appeals<br>Municipal Building<br>122 Main Street,<br>Acushnet, MA 02743 | | |

4. Proof of receipt cards from all of the defendants with the exception of Lawrence G. Marshall were attached to the Affidavit of Service filed with the Court on December 23, 2003. The proof of receipt card from Lawrence G. Marshall has now been received and is attached as Exhibit A.

5. The signed Waiver of Service of Summons forms from all defendants are attached as Exhibit B.

Signed under the penalties of perjury on this 16th day of March, 2004.

Curtis A. Connors, BBO #630288
ANDERSON & KREIGER LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575

CERTIFICATE OF SERVICE

I certify that I served this Supplemental Affidavit on the defendants by mailing copies first class, postage prepaid, to their counsel of record on this 16th day of March, 2004.

Curtis A. Connors

att\acushnettrm\p\Feceral\SuppAffofServ-FED.wpd

2