UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CIVIL ACTION NO. 03-12459-PBS

U.S. DISTRICT COURT
DISTRICT OF MASS.

AT&T WIRELESS PCS, LLC, d/b/a AT&T WIRELESS, )
and TOWER RESOURCE MANAGEMENT, INC. )
)
)
Plaintiffs, )
v. )
)
)
TOWN OF ACUSHNET, MASSACHUSETTS, )
ZONING BOARD OF APPEALS OF THE TOWN OF )
ACUSHNET and LAWRENCE G. MARSHALL, )
RONALD MATTON, RICK LALLY, PAUL HIPOLITO, )
PAUL TRAHAN, as they are Members and )
Associate Members of the Board, )
Defendants. )
)

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(ii) and with the assent of all defendants, the plaintiffs, AT&T Wireless PCS, LLC and Tower Resource Management, Inc., dismiss their complaint in this matter without prejudice and without costs or fees to either side.

THE PLAINTIFF AT&T WIRELESS,
By its Attorneys,

_____
Stephen D. Anderson, BBO #018700
Douglas H. Wilkins, BBO #528000
Curtis A. Connors, BBO #630288
Anderson & Kreiger LLP
43 Thorndike Street
Cambridge MA 02141
617-252-6575

THE DEFENDANTS,
By their Attorneys,

_____
Joel B. Bard, BBO #029140
Patricia A. Cantor, BBO #072380
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA 02116-4102
617-556-0007

THE PLAINTIFF TRM
By Its Attorneys,

_Ruth Silman_ CAC per email authorization
Kevin Joyce, BBO #567291
Ruth Silman, BBO #567856
Nixon Peabody LLP
101 Federal Street
Boston, MA
617-345-1000

Dated: April 23, 2004

### CERTIFICATE OF SERVICE

I certify that I served this STIPULATION OF DISMISSAL on the parties by mailing copies first class, postage prepaid, to their counsel of record on this 23rd day of April, 2004.

Curtis A. Connors

att\acushnettrm\p - Federal\StipDism002.wpd

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on April 27, 2004

2